fore affirm the district court's calculation of Soza's criminal history points.

### III. CONCLUSION

For the reasons stated above, the district court's calculation of Soza's criminal history points is affirmed, but Soza's sentence is vacated and the case remanded for resentencing in accordance with this opinion.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

George ALVAREZ, Plaintiff–Appellee

v.

The CITY OF BROWNSVILLE, Defendant–Appellant

No. 16-40772

United States Court of Appeals, Fifth Circuit.

November 2, 2017

Before STEWART, Chief Judge, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

*United States v. Jefferson,* 258 F.3d 405, 413

UNITED STATES of America, Plaintiff–Appellee,

v.

Armando AMIEVA–RODRIGUEZ, Defendant–Appellant.

No. 15-41198
Summary Calendar

United States Court of Appeals, Fifth Circuit.

FILED November 2, 2017

(5th Cir. 2001))).